IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02227-WJM-KLM

WILDEARTH GUARDIANS,

      Plaintiff,

v.

LISA P. JACKSON, in her official capacity as Administrator, United States Environmental
Protection Agency,

      Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the **Joint Motion to Stay Deadlines Pending
Lodging of Proposed Settlement** [Docket No. 7; Filed October 26, 2011] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED IN PART** as follows.  The
Scheduling Conference set for October 31, 2011, at 10:30 a.m. is **VACATED**.  However,
the Court declines to enter a stay of proceedings.  *See Clinton v. Jones*, 520 U.S. 681, 706-
07 (1997) (the District Court retains "broad discretion" as to whether proceedings should
be stayed, "as an incident to its power to control its own docket." (citation omitted)).

      IT IS FURTHER **ORDERED** that the parties shall file the referenced proposed
consent decree on or before **December 15, 2011**.

      Dated:  October 27, 2011