IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02227-WJM-KLM

WILDEARTH GUARDIANS,

    Plaintiff,

v.

LISA P. JACKSON, in her official capacity as Administrator, United States Environmental Protection Agency,

    Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Stay of Proceedings** [Docket No. 18; Filed February 14, 2012] (the "Motion").

    The parties jointly requested a stay of proceedings on October 26, 2011 [#7].  In its discretion, the Court declined to enter a stay.  *See Clinton v. Jones*, 520 U.S. 681, 706-07 (1997) (the District Court retains "broad discretion" as to whether proceedings should be stayed, "as an incident to its power to control its own docket." (citation omitted)).  However, the Court vacated the Scheduling Conference and set a deadline for the lodging of a proposed consent decree.  No case management schedule has been entered in this matter.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED IN PART**.  In its discretion, the Court again declines to enter a stay (which would be fairly meaningless if entered, as there are no pending deadlines).  In light of the proposed Consent Decree [Docket No. 17-1; Filed January 17, 2012],

    IT IS FURTHER **ORDERED** that the parties shall file a Joint Status Report on or before **April 4, 2012**, regarding the outcome of the public comment period and Defendant's intention regarding the proposed Consent Decree.

    Dated:  February 14, 2012